

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Jason Southern
a/k/a Jason Craig Southern,

Vs. No. 11-21-00147-CR

The State of Texas,

\* From the 104th District Court
  of Taylor County,
   Trial Court No. 21758B.

\* August 12, 2021

\* Per Curiam Memorandum Opinion
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has considered Jason Southern a/k/a Jason Craig Southern's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.